# U.S. District Court
## Eastern District of Arkansas (Central Division)
### CIVIL DOCKET FOR CASE #: 4:18–cv–00004–JM

Barnette et al v. Express Courier International Inc et al
Assigned to: Judge James M. Moody Jr.
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 01/02/2018
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Martin Barnette**
*TERMINATED: 09/24/2018*

represented by **Joshua Sanford**
Sanford Law Firm
One Financial Center
650 South Shackleford
Suite 411
Little Rock, AR 72211
501–221–0088
Fax: 888–787–2040
Email: josh@sanfordlawfirm.com
*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
Sanford Law Firm
One Financial Center
650 South Shackleford
Suite 411
Little Rock, AR 72211
501–221–0088
Fax: 888–787–2040
Email: west@sanfordlawfirm.com
*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Barr**
*TERMINATED: 09/24/2018*

represented by **Joshua Sanford**
(See above for address)
*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lloyd Barrett**                             represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mable Bracamonte**                          represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Cash**                                 represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Cox**                                  represented by **Joshua Sanford**
*TERMINATED: 09/24/2018*                      (See above for address)
*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kendall Craig**                             represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Davis** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Fosse** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy George** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Broderick Ghant** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennie Hampton–Duncan** represented by **Joshua Sanford**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toby Holliday** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Hyde** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebony Knox** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Logan Lange** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Martin** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janna Marting** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris McGrew** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Moorman** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Moran** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Moreno** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Reid** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kasi Ross** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Billy Roy** represented by **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norris Russell** represented by **Joshua Sanford**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Sayles**　　　　　　　　　　　represented by **Joshua Sanford**
*TERMINATED: 09/24/2018*　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 09/24/2018*
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Joshua Lee West**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 09/24/2018*
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sam Shope**　　　　　　　　　　　　represented by **Joshua Sanford**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Joshua Lee West**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connie Stark**　　　　　　　　　　　represented by **Joshua Sanford**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Joshua Lee West**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip Watkins**　　　　　　　　　　represented by **Joshua Sanford**
*TERMINATED: 09/24/2018*　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 09/24/2018*
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Joshua Lee West**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*TERMINATED: 09/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Weaver**     represented by    **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seth Williamson**     represented by    **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron McRoberts**     represented by    **Joshua Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Express Courier International Inc**     represented by    **Adam C. Smedstad**
Scopelitis, Garvin, Light, Hanson & Feary P.C.
3214 West McGraw Street
Suite 301F
Seattle, WA 98199
206−288−6192
Fax: 206−299−9375
Email: asmedstad@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Butcher**
Scopelitis, Garvin, Light, Hanson & Feary P.C.
30 West Monroe Street
Suite 600
Chicago, IL 60603
312−255−7200
Fax: 312−422−1224
Email: abutcher@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Andrewscavage**
Scopelitis, Garvin, Light, Hanson & Feary P.C.
30 West Monroe Street
Suite 600
Chicago, IL 60603
312−255−7200
Fax: 312−422−1224
Email: candrewscavage@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily A. Quillen**
Scopelitis, Garvin, Light, Hanson & Feary P.C.
777 Main Street, Suite 3450
Fort Worth, TX 76102
817−869−1700
Fax: 817−878−9472
Email: equillen@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerrilee Elizabeth Kobbeman**
Conner & Winters, LLP
4375 North Vantage Drive
Suite 405
Fayetteville, AR 72703
479−582−5711
Email: kkobbeman@cwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMP LSO Holding Corporation**   represented by   **Adam C. Smedstad**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Butcher**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Andrewscavage**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily A. Quillen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerrilee Elizabeth Kobbeman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 01/02/2018 | Ï 1 | COMPLAINT with Jury Demand against All Defendants ( Fee of $400 paid. Receipt Number LIT065126.), filed by Lloyd Barrett, Martin Barnette, Norris Russell, John Cox, Logan Lange, Phillip Watkins, Matt Fosse, Timothy George, Charles Sayles, Carl Hyde, Billy Roy, Walter Moran, Mable Bracamonte, Broderick Ghant, Chris McGrew, Sam Shope, Robert Davis, Dana Cash, Robert Reid, Janna Marting, Ebony Knox, Stephanie Martin, Connie Stark, David Barr, Jennie Hampton−Duncan, Anthony Moorman, Toby Holliday, Kasi Ross, Kendall Craig, Mario Moreno, James Weaver, and Seth Williamson. Summons issued and returned to counsel. (Attachments: # 1 Civil Cover Sheet)(mcz) (Docket entry modified on 1/3/2018 to correct the party filers) (jak) (Entered: 01/03/2018) |
| 01/03/2018 | Ï 2 | NOTICE OF DOCKET CORRECTION re 1 Complaint. CORRECTION: The docket text was modified to include the party filers James Weaver and Seth Williamson as marked on the document. (jak) (Entered: 01/03/2018) |
| 01/18/2018 | Ï 3 | FIRST AMENDED and Substituted Complaint with Jury Demand against EMP LSO Holding Corporation, Express Courier International Inc, filed by Seth Williamson, Lloyd Barrett, Martin Barnette, Norris Russell, John Cox, Logan Lange, Phillip Watkins, Matt Fosse, Timothy George, Charles Sayles, Carl Hyde, Billy Roy, Walter Moran, Mable Bracamonte, Broderick Ghant, Chris McGrew, Sam Shope, Robert Davis, James Weaver, Dana Cash, Robert Reid, Janna Marting, Ebony Knox, Stephanie Martin, Connie Stark, David Barr, Jennie Hampton−Duncan, Anthony Moorman, Toby Holliday, Kasi Ross, Kendall Craig, Mario Moreno, and newly added plaintiff Aaron McRoberts (jap) (Entered: 01/18/2018) |
| 03/06/2018 | Ï 4 | NOTICE of Appearance by Kerrilee Elizabeth Kobbeman on behalf of EMP LSO Holding Corporation, Express Courier International Inc (Kobbeman, Kerrilee) (Entered: 03/06/2018) |
| 04/02/2018 | Ï 5 | WAIVER OF SERVICE Returned Executed as to All Defendants by Seth Williamson, Lloyd Barrett, Martin Barnette, Norris Russell, John Cox, Logan Lange, Phillip Watkins, Matt Fosse, Timothy George, Charles Sayles, Carl Hyde, Aaron McRoberts, Billy Roy, Walter Moran, Mable |

| | | |
|---|---|---|
| | | Bracamonte, Broderick Ghant, Chris McGrew, Sam Shope, Robert Davis, James Weaver, Dana Cash, Robert Reid, Janna Marting, Ebony Knox, Stephanie Martin, Connie Stark, David Barr, Jennie Hampton–Duncan, Anthony Moorman, Toby Holliday, Kasi Ross, Kendall Craig, Mario Moreno. (Sanford, Joshua) (Entered: 04/02/2018) |
| 04/18/2018 | Ï 6 | MOTION for Leave to Appear pro hac vice by Adam C. Smedstad. Fee $100 receipt number 0860–3235714. Filed by EMP LSO Holding Corporation, Express Courier International Inc (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Exhibit B – Courts list)(Kobbeman, Kerrilee) (Entered: 04/18/2018) |
| 04/18/2018 | Ï 7 | MOTION for Leave to Appear pro hac vice by Andrew J. Butcher. Fee $100 receipt number 0860–3235729. Filed by EMP LSO Holding Corporation, Express Courier International Inc (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Exhibit B – Courts list)(Kobbeman, Kerrilee) (Entered: 04/18/2018) |
| 04/18/2018 | Ï 8 | MOTION for Leave to Appear pro hac vice by Charles Andrewscavage. Fee $100 receipt number 0860–3235737. Filed by EMP LSO Holding Corporation, Express Courier International Inc (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Exhibit B – Courts list)(Kobbeman, Kerrilee) (Entered: 04/18/2018) |
| 04/18/2018 | Ï 9 | MOTION for Leave to Appear pro hac vice by Emily A. Quillen. Fee $100 receipt number 0860–3235748. Filed by EMP LSO Holding Corporation, Express Courier International Inc (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Exhibit B – Courts list)(Kobbeman, Kerrilee) (Entered: 04/18/2018) |
| 04/23/2018 | Ï 10 | ORDER granting 6 , 7 , 8 , 9 motions to admit counsel pro hac vice on behalf of Defendants. Adam C. Smedstad, Andrew J. Butcher, Charles Andrewscavage, and Emily A. Quillen are hereby admitted to appear before this Court as co–counsel of record in this action. Signed by Judge James M. Moody Jr. on 4/23/2018. (cmn) (Entered: 04/23/2018) |
| 04/25/2018 | Ï 11 | NOTICE of Appearance by Emily A. Quillen on behalf of EMP LSO Holding Corporation, Express Courier International Inc (Quillen, Emily) (Entered: 04/25/2018) |
| 05/01/2018 | Ï 12 | NOTICE of Appearance by Andrew J. Butcher on behalf of EMP LSO Holding Corporation, Express Courier International Inc (Butcher, Andrew) (Entered: 05/01/2018) |
| 05/01/2018 | Ï 13 | INITIAL SCHEDULING ORDER:Rule 26(f) Conference to occur by 6/8/2018; Rule 26(f) Report due by 6/22/2018. Proposed Jury Trial set sometime during the week of 8/19/2019 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Signed at the Direction of the Court on 5/1/2018. (Attachments: # 1 Proposed Final Scheduling Order)(kog) (Entered: 05/01/2018) |
| 05/14/2018 | Ï 14 | NOTICE of Appearance by Charles Andrewscavage on behalf of All Defendants (Andrewscavage, Charles) (Entered: 05/14/2018) |
| 05/14/2018 | Ï 15 | NOTICE of Appearance by Adam C. Smedstad on behalf of All Defendants (Smedstad, Adam) (Entered: 05/14/2018) |
| 05/15/2018 | Ï 16 | Corporate Disclosure Statement (Rule 7.1) by Express Courier International Inc (Kobbeman, Kerrilee) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 17 | Corporate Disclosure Statement (Rule 7.1) by EMP LSO Holding Corporation (Kobbeman, Kerrilee) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 18 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by EMP LSO Holding Corporation, Express Courier International Inc (Kobbeman, Kerrilee) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 19 | BRIEF IN SUPPORT re 18 Motion to Dismiss for Failure to State a Claim filed by EMP LSO Holding Corporation, Express Courier International Inc. (Attachments: # 1 Exhibit A – ECI's |

| | | |
|---|---|---|
| | | OOA)(Kobbeman, Kerrilee) (Entered: 05/15/2018) |
| 05/23/2018 | 20 | Unopposed MOTION for Extension of Time to File Response/Reply as to 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by All Plaintiffs (Sanford, Joshua) (Entered: 05/23/2018) |
| 05/29/2018 | 21 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 20 Motion for Extension of Time to File Response re 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Response due by 6/12/2018. Signed by Judge James M. Moody Jr. on 5/29/2018. (sjh) (Entered: 05/29/2018) |
| 06/12/2018 | 22 | RESPONSE in Opposition re 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by All Plaintiffs. (Sanford, Joshua) (Entered: 06/12/2018) |
| 06/12/2018 | 23 | MOTION for Leave to File *Second Amended and Substituted Complaint (CONDITIONAL)* by All Plaintiffs (Sanford, Joshua) (Entered: 06/12/2018) |
| 06/19/2018 | 24 | MOTION for Leave to File *a Reply Memorandum in Support of Motion to Dismiss* by EMP LSO Holding Corporation, Express Courier International Inc (Attachments: # 1 Exhibit A – Defendants' Reply in Support of Motion to Dismiss for Failure to State a Claim)(Kobbeman, Kerrilee) (Entered: 06/19/2018) |
| 06/19/2018 | 25 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 24 Motion for Leave to File a Reply on or before June 22, 2018. Signed by Judge James M. Moody Jr. on 6/19/2018. (sjh) (Entered: 06/19/2018) |
| 06/19/2018 | 26 | REPLY to Response to Motion re 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMP LSO Holding Corporation, Express Courier International Inc. (Kobbeman, Kerrilee) (Entered: 06/19/2018) |
| 06/20/2018 | 27 | NOTICE by All Plaintiffs re 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM −−*SUPPLEMENTAL AUTHORITY*−− (Attachments: # 1 Exhibit 1: Op. and Order, Arroyo v. Express Courier Intl., Inc., No. 4:18−cv−10 (S.D. Tex. June 18, 2018), ECF No. 24)(Sanford, Joshua) (Entered: 06/20/2018) |
| 06/20/2018 | 28 | REPORT of Rule 26(f) Planning Meeting by Martin Barnette, David Barr, Lloyd Barrett, Mable Bracamonte, Dana Cash, John Cox, Kendall Craig, Robert Davis, Matt Fosse, Timothy George, Broderick Ghant, Jennie Hampton−Duncan, Toby Holliday, Carl Hyde, Ebony Knox, Logan Lange, Stephanie Martin, Janna Marting, Chris McGrew, Aaron McRoberts, Anthony Moorman, Walter Moran, Mario Moreno, Robert Reid, Kasi Ross, Billy Roy, Norris Russell, Charles Sayles, Sam Shope, Connie Stark, Phillip Watkins, James Weaver, Seth Williamson. *(JOINT)* (Sanford, Joshua) (Entered: 06/20/2018) |
| 06/28/2018 | 29 | MOTION for Leave to File *Second Amended and Substituted Complaint (CONDITIONAL)* by All Plaintiffs (Sanford, Joshua) (Entered: 06/28/2018) |
| 07/02/2018 | 30 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER finding as moot 23 Plaintiffs' Motion for Leave to File amended complaint based upon Plaintiffs' new Motion for Leave to File amended complaint 29 . Signed by Judge James M. Moody Jr. on 7/2/2018. (sjh) (Entered: 07/02/2018) |
| 07/12/2018 | 31 | RESPONSE in Opposition re 29 MOTION for Leave to File *Second Amended and Substituted Complaint (CONDITIONAL)* filed by EMP LSO Holding Corporation, Express Courier International Inc. (Quillen, Emily) (Entered: 07/12/2018) |
| 07/31/2018 | 32 | NOTICE by All Plaintiffs re 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Supplemental Authority* (Attachments: # 1 Exhibit 1: Order, Allen v. Express Courier Int'l., Inc., No. 3:18−cv−28−MOC−DSC (W.D. N.C. July 25, 2018), ECF No. 25)(Sanford, Joshua) (Entered: |

| | | |
|---|---|---|
| | | 07/31/2018 |
| 08/01/2018 | 33 | FINAL SCHEDULING ORDER: Jury Trial set sometime during the week of 8/19/2019 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Discovery due by 5/10/2019; Motions due by 6/5/2019; Pretrial Disclosure Sheet due by 7/19/2019; Status Report due by 6/20/2019. Signed at the Direction of the Court on 8/1/2018. (kog) (jak). (Entered: 08/01/2018) |
| 08/02/2018 | 34 | NOTICE OF DOCKET CORRECTION re 33 Final Scheduling Order. CORRECTION: The original document was not attached to docket entry 33 due to a clerical mistake by the Clerk's office. The correct document was added to docket entry 33 and is attached hereto for service on the parties. (jak) (Entered: 08/02/2018) |
| 08/02/2018 | 35 | NOTICE by All Defendants *of Supplemental Authority Supporting Defendants' Motion to Dismiss* (Attachments: # 1 Exhibit A – Order re: Ryte v. Express Courier International)(Butcher, Andrew) (Entered: 08/02/2018) |
| 08/15/2018 | 36 | NOTICE of Change of Address by EMP LSO Holding Corporation, Express Courier International Inc (Quillen, Emily) (Entered: 08/15/2018) |
| 09/10/2018 | 37 | ORDER denying 18 Defendant's Motion to Dismiss and granting 29 Plaintiff's Motion for Leave to File Second Amended Complaint. The Second Amended Complaint must be filed on or before 9/17/2018. Signed by Judge James M. Moody Jr. on 9/10/2018. (cel) (Entered: 09/10/2018) |
| 09/12/2018 | 38 | Unopposed MOTION for Extension of Time to File *Second Amended and Substituted Complaint* by All Plaintiffs (Sanford, Joshua) (Entered: 09/12/2018) |
| 09/14/2018 | 39 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 38 Plaintiff's unopposed Motion for Extension of Time to File Second Amended Complaint until September 24, 2018. Signed by Judge James M. Moody Jr. on 9/14/2018. (sjh) (Entered: 09/14/2018) |
| 09/24/2018 | 40 | AMENDED COMPLAINT *(SECOND AMENDED AND SUBSTITUTED)* with Jury Demand against Express Courier International Inc, filed by Seth Williamson, Lloyd Barrett, Norris Russell, Logan Lange, Matt Fosse, Timothy George, Carl Hyde, Aaron McRoberts, Billy Roy, Walter Moran, Mable Bracamonte, Broderick Ghant, Chris McGrew, Sam Shope, Robert Davis, James Weaver, Dana Cash, Robert Reid, Janna Marting, Ebony Knox, Stephanie Martin, Connie Stark, Jennie Hampton–Duncan, Anthony Moorman, Toby Holliday, Kasi Ross, Kendall Craig, Mario Moreno(Sanford, Joshua) (Entered: 09/24/2018) |
| 10/08/2018 | 41 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 40 Amended Complaint by Express Courier International Inc (Quillen, Emily) (Docket text modified on 10/10/2018 to establish linkage) (jak) (Entered: 10/08/2018) |
| 10/08/2018 | 42 | BRIEF IN SUPPORT re 41 Motion to Dismiss for Failure to State a Claim filed by Express Courier International Inc. (Quillen, Emily) (Entered: 10/08/2018) |
| 10/10/2018 | ï | NOTICE OF DOCKET CORRECTION re 41 MOTION TO DISMISS. CORRECTION: The docket text was modified to establish linkage to 40 Amended Complaint. (jak) (Entered: 10/10/2018) |
| 10/22/2018 | 43 | RESPONSE in Opposition re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Lloyd Barrett, Mable Bracamonte, Dana Cash, Kendall Craig, Robert Davis, Matt Fosse, Timothy George, Broderick Ghant, Jennie Hampton–Duncan, Toby Holliday, Carl Hyde, Ebony Knox, Logan Lange, Stephanie Martin, Janna Marting, Chris McGrew, Aaron McRoberts, Anthony Moorman, Walter Moran, Mario Moreno, Robert Reid, Kasi Ross, Billy Roy, Norris Russell, Sam Shope, Connie Stark, James Weaver, Seth Williamson. (Sanford, Joshua) (Entered: 10/22/2018) |
| 10/22/2018 | 44 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File *Third Amended and Substituted Complaint (Conditional)* by Lloyd Barrett, Mable Bracamonte, Dana Cash, Kendall Craig, Robert Davis, Matt Fosse, Timothy George, Broderick Ghant, Jennie Hampton–Duncan, Toby Holliday, Carl Hyde, Ebony Knox, Logan Lange, Stephanie Martin, Janna Marting, Chris McGrew, Aaron McRoberts, Anthony Moorman, Walter Moran, Mario Moreno, Robert Reid, Kasi Ross, Billy Roy, Norris Russell, Sam Shope, Connie Stark, James Weaver, Seth Williamson (Sanford, Joshua) (Entered: 10/22/2018) |
| 10/29/2018 | 45 | REPLY to Response to Motion re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMP LSO Holding Corporation, Express Courier International Inc. (Attachments: # 1 Exhibit A – Bascomb v. Express Courier International, Inc. Order, # 2 Exhibit B – Marshall v. Express Courier International, Inc. Order)(Quillen, Emily) (Entered: 10/29/2018) |
| 10/31/2018 | 46 | ORDER denying 41 Motion to Dismiss; and finding as moot 44 Motion for Leave to File Third Amended Complaint. Signed by Judge James M. Moody Jr. on 10/31/2018. (ljb) (Entered: 10/31/2018) |
| 11/21/2018 | 47 | *Defendant's* ANSWER to 40 Amended Complaint,, by Express Courier International Inc.(Quillen, Emily) (Entered: 11/21/2018) |
| 12/18/2018 | 48 | Joint MOTION to Stay *Litigation to Permit the Parties to Participate in Mediation* by Lloyd Barrett, Mable Bracamonte, Dana Cash, Kendall Craig, Robert Davis, Matt Fosse, Timothy George, Broderick Ghant, Jennie Hampton–Duncan, Toby Holliday, Carl Hyde, Ebony Knox, Logan Lange, Stephanie Martin, Janna Marting, Chris McGrew, Aaron McRoberts, Anthony Moorman, Walter Moran, Mario Moreno, Robert Reid, Kasi Ross, Billy Roy, Norris Russell, Sam Shope, Connie Stark, James Weaver, Seth Williamson (Sanford, Joshua) (Entered: 12/18/2018) |
| 01/03/2019 | 49 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 48 Motion to Stay until March 1, 2019, which includes a stay of any deadlines. On or before March 14, 2019, the parties are directed to either submit a notice informing the Court that the matter has been resolved or, if the matter is not resolved through mediation, submit a joint proposal for a discovery schedule. Signed by Judge James M. Moody Jr. on 1/3/2019. (sjh) (Entered: 01/03/2019) |
| 03/14/2019 | 50 | STATUS REPORT *(JOINT) re: Settlement and Request to Hold Deadlines in Abeyance* by Lloyd Barrett, Mable Bracamonte, Dana Cash, Kendall Craig, Robert Davis, Matt Fosse, Timothy George, Broderick Ghant, Jennie Hampton–Duncan, Toby Holliday, Carl Hyde, Ebony Knox, Logan Lange, Stephanie Martin, Janna Marting, Chris McGrew, Aaron McRoberts, Anthony Moorman, Walter Moran, Mario Moreno, Robert Reid, Kasi Ross, Billy Roy, Norris Russell, Sam Shope, Connie Stark, James Weaver, Seth Williamson. (Sanford, Joshua) (Entered: 03/14/2019) |
| 08/05/2019 | 51 | ORDER cancelling the jury trial scheduled for 8/19/2019 and removing this case from the trial docket. Signed by Judge James M. Moody Jr. on 8/5/2019. (ljb) (Entered: 08/05/2019) |
| 01/15/2020 | 52 | ORDER directing the parties to file a Status Report with the Court on or before 1/22/2020. Signed by Judge James M. Moody Jr. on 1/15/2020. (ljb) (Entered: 01/15/2020) |
| 01/16/2020 | 53 | Joint MOTION to Transfer Case *to United States District Court for the Southern District of Texas, Houston Division, to Finalize Settlement* by Lloyd Barrett (Sanford, Joshua) (Entered: 01/16/2020) |
| 01/21/2020 | 54 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 53 Motion to Transfer Case to the United States District Court for the Southern District of Texas, Houston Division. Signed by Judge James M. Moody Jr. on 1/21/2020. (sjh) (Entered: 01/21/2020) |